THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| PEABODY MIDWEST MINING, LLC AND MICHAEL BUTLER, EMPLOYED BY PEABODY MIDWEST MINING, LLC<br><br>           Petitioners,<br><br>   v.<br><br>SECRETARY OF LABOR, MINE SAFETY AND HEALTH ADMINISTRATION (MSHA) AND FEDERAL MINE SAFETY AND HEALTH REVIEW COMMISSION,<br><br>           Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Docket No.  22-1242<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1, counsel for Peabody Midwest Mining, LLC and Michael Butler, certify that Peabody Midwest Mining, LLC is the owner and operator of the Francisco Underground Mine, which is at issue here. When this litigation commenced, Peabody Midwest Mining was an LLC (limited liability company) and is a wholly owned subsidiary of Peabody Midwest Operations LLC.  Peabody Midwest Operations LLC is a wholly owned subsidiary of Peabody Operations Holding LLC which is a wholly owned subsidiary of Peabody Investments Corp.  Peabody Investments Corp. is a wholly owned subsidiary of Peabody Energy Corporation.  None of these subsidiaries have issued

FP 45268467.1

shares to the public. Peabody Energy Corporation is a corporation and has issued shares to the public.

    Mr. Butler is an individual and was a foreman at the Francisco Underground Mine at the time when this litigation commenced.

                            Respectfully submitted,

                            *s/ Ralph Henry Moore, II*
                            Ralph Henry Moore, II
                            Patrick W. Dennison
                            Fisher Phillips, LLP
                            6 PPG Place, Suite 830
                            Pittsburgh, PA 15222
                            hmoore@fisherphillips.com
                            pdennison@fisherphillips.com

                            Counsel for
                            Peabody Midwest Mining, LLC and
                            Michael Butler, employed by Peabody
                            Midwest Mining, LLC

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the Corporate Disclosure Statement was served upon the following parties on the 22nd day of September, 2022 via electronic filing:

>Sarah Stewart
>Deputy General Counsel
>Federal Mine Safety and Health Review Commission
>1331 Pennsylvania Ave., NW, Suite 520N
>Washington, DC 20004-1710
>sstewart@fmshrc.gov
>
>Emily Toler Scott, Esq.
>Office of the Solicitor
>Division of Mine Safety & Health
>201 12th Street South, Suite 401
>Arlington, VA 22202
>*scott.emily.t@dol.gov*
>
>Susannah Maltz
>Attorney
>Office of the Solicitor
>Division of Mine Safety and Health
>U.S. Department of Labor
>201 12th Street South – Suite 401
>Arlington, VA  22202-5450
>*Maltz.susannah.m@dol.gov*

*s/ R. Henry Moore, II*