# THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| PEABODY MIDWEST MINING, LLC AND MICHAEL BUTLER, EMPLOYED BY PEABODY MIDWEST MINING, LLC<br><br>   Petitioners,<br><br>  v.<br><br>SECRETARY OF LABOR, MINE SAFETY AND HEALTH ADMINISTRATION (MSHA) AND FEDERAL MINE SAFETY AND HEALTH REVIEW COMMISSION,<br><br>   Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Docket No.  22-1242<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **STATEMENT OF INTENT WITH RESPECT TO DEFERRED APPENDIX**

  The Petitioners do not intend to use a deferred appendix in this case.

               Respectfully submitted,

               *s/ Ralph Henry Moore, II*
               Ralph Henry Moore, II
               Patrick W. Dennison
               Fisher Phillips, LLP
               6 PPG Place, Suite 830
               Pittsburgh, PA 15222
               hmoore@fisherphillips.com
               pdennison@fisherphillips.com

               Counsel for
               Peabody Midwest Mining, LLC and
               Michael Butler, employed by Peabody
               Midwest Mining, LLC

FP 45358782.1

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the Statement of Intent with Respect to Deferred Appendix was served upon the following parties on the 6th day of October, 2022 via electronic filing:

>Sarah Stewart
>Deputy General Counsel
>Federal Mine Safety and Health Review Commission
>1331 Pennsylvania Ave., NW, Suite 520N
>Washington, DC 20004-1710
>sstewart@fmshrc.gov
>
>Emily Toler Scott, Esq.
>Office of the Solicitor
>Division of Mine Safety & Health
>201 12th Street South, Suite 401
>Arlington, VA 22202
>scott.emily.t@dol.gov
>
>Susannah Maltz
>Attorney
>Office of the Solicitor
>Division of Mine Safety and Health
>U.S. Department of Labor
>201 12th Street South – Suite 401
>Arlington, VA  22202-5450
>Maltz.susannah.m@dol.gov

*s/ R. Henry Moore, II*

FP 45358782.1